UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WANDA HERNÁNDEZ
    Plaintiff

vs.                                      CIVIL NO. 98-1899 (JP)

LEE COMPANY, et al.,
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: August 23, 1999<br>Docket: #113<br>[ ] Plffs    [X] Defts<br>Title: Motion Pursuant to Fed. R. Civ. P. 60 for Reconsideration of Denial of Lee's Motion for Partial Summary Judgment. | **DENIED.** Defendant waited until the last moment to tender a reply when it could have done so along with its motion requesting leave to reply. Defendant cannot expect the Court to incorporate its untimely tendered reply into its opinion. |

Date: 8/26/99

JAIME PIERAS, JR.
U.S. Senior District Judge

AUG 27 1999
# 115