UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



WANDA HERNÁNDEZ
    Plaintiff
vs.
LEE COMPANY, et al.,
    Defendants

CIVIL NO. 98-1899 (JP)

### ORDER

| MOTION | RULING |
|---|---|
| Date Filed: September 9, 1999<br>Docket: #119<br>[ ] Plffs   [X] Defts<br>Title: Motion to Notify Court of Anticipated Need to Call Rebuttal Witnesses at Trial. | **DENIED.** The ISC sets forth deadlines for discovery and the announcing of witnesses and documents, regardless of whether or not these are for case in chief or rebuttal purposes. The Court will not re-open discovery in this case, and therefore, will not allow the testimony and documentary evidence to come in. |
| Date: 9/13/99 | by: [signature]<br>JAIME PIERAS, JR.<br>U.S. Senior District Judge |
| | Rec'd:         EOD:<br>By:            #121 |

3