# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

*RECEIVED & FILED*
*1999 SEP 14  AM 8 ?*
*CLERK'S OFFICE*
*U.S DISTRICT COURT*
*SAN JUAN P.R.*

WANDA HERNÁNDEZ
    Plaintiff
vs.                                                                    CIVIL NO. 98-1899 (JP)
LEE COMPANY, et al.,
    Defendants

## <u>ORDER</u>

| MOTION | RULING |
|---|---|
| **Date Filed:** August 23, 1999<br>**Docket:** #113<br>[ ] **Plffs**    [X] **Defts**<br>**Title:** Motion Pursuant to Fed.R.Civ.P. 60 for Reconsideratino of Denial of Lee's Motion for Partial Summary Judgment. | **DENIED.** |

by: _____
JAIME PIERAS, JR.
U.S. Senior District Judge

Date: 9/13/99

| Rec'd: | EOD: |
|---|---|
| By: | # 122 |

3