UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WANDA HERNÁNDEZ
    Plaintiff
vs.
LEE COMPANY, et al.,
    Defendants

CIVIL NO. 98-1899 (JP)

### ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** August 20, 1999<br>**Docket:** #112<br>[ ] **Plffs**  [X] **Defts**<br>**Title:** Motion to Alter, to Amend or to Reconsider Judgment in Part. | DENIED. |

Date: 9/13/99

by: [signature]
JAIME PIERAS, JR.
U.S. Senior District Judge

| Rec'd: | EOD: |
|---|---|
| By: no | #123 |