UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 SEP 20 AM 7:10
CLERK'S OFFICE
U S DISTRICT COURT
SAN JUAN, P.R.

WANDA HERNÁNDEZ
    Plaintiff
vs.
LEE COMPANY, et al.,
    Defendants

CIVIL NO. 98-1899 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** July 9, 1999<br>**Docket:** #85<br>[X] **Plffs**  [] **Defts**<br>**Title:** Motion Submitting Transcript of Non-Appearance Act for the Continuation of the Taking of the Deposition of Co-Defendant Lerman Pacheco | **NOTED** Docket No. 84 is also noted. Plaintiff shall file a copy of the NON-APPEARANCE FOR THE CONTINUATION OF THE TAKING OF DEPOSITION OF MR. LERMAN PACHECO (docket No. 84) **on or before October 1, 1999.** |

Date: **September 17, 1999.**

By: _____
JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:

By:    #126

3