UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
1999 OCT -8 AM 8 15
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P R

WANDA HERNÁNDEZ
    Plaintiff
vs.
LEE COMPANY, et al.,
    Defendants

CIVIL NO. 98-1899 (JP)

## ORDER

| MOTION | RULING |
|---|---|
| Date Filed: October 1, 1999<br>Docket: #128<br>[ ] Plffs     [X] Defts<br>Title: Motion for Reconsideration of Court's Denial of Rebuttal Witnesses. | **DENIED.** The ISC Order is clear and the parties have failed to meet its deadlines. |

Date: 10/7/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:     EOD:

By:     # 130

3