UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WANDA HERNÁNDEZ
    Plaintiff
vs.                                                                                     CIVIL NO. 98-1899 (JP)
LEE COMPANY, et al.,
    Defendants

**ORDER**

| MOTION | RULING |
|---|---|
| **Date Filed:** November 4, 1999<br>Docket: #133<br>[] **Plffs**    [X] **Defts**<br>**Title:** Motion for Settlement Conference | The parties had requested the Court for a settlement conference. Now, the parties have stated that they will hold their own settlement conference without the Court's assistance which is alright with the Court. |

Date: 11/12/99

JAIME PIERAS, JR.
U.S. Senior District Judge

Rec'd:    EOD:
By:    # 136