IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WANDA HERNANDEZ

    Plaintiff

vs.                                       CIVIL NO. 98-1899 (JP)

LEE COMPANY and LERMAN PACHECO

    Defendants

**FINAL JUDGMENT**

Pursuant to the joint Stipulation for Voluntary Dismissal With Prejudice (**docket No. 137**), which is hereby **GRANTED**, the Court hereby **DISMISSES WITH PREJUDICE** the above-styled case. This judgment is entered without the imposition of costs or attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of December, 1999.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)